No. 41198.—Protests 486140–G, etc., of Schwartz & Levy, Inc. (New York).

Opinion by TILSON, J. The record established that certain items consist of burnt-out lace neckwear and laces in chief value of cotton similar to the mer-

chandise involved in *United States* v. *Field* (22 C. C. P. A. 502, T. D. 47495). On the established facts the claims at 37½ percent under paragraph 919 and 40 percent under paragraph 923, respectively, were sustained.